# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIO A. RODRIGUEZ,**
                          **Plaintiff,**


-vs-                                                    **Case No.  6:04-cv-1740-Orl-KRS**


**SUNSHINE CONSTRUCTION, INC. and**
**BRADLEY S. PETRENCSIK,**
                          **Defendants.**
_____


**FRANCISCO J. RAMOS,**
                          **Plaintiff,**


-vs-                                                    **Case No.  6:04-cv-1741-Orl-KRS**


**SUNSHINE   CONSTRUCTION,   INC.,**
**BRADLEY S. PETRENCSIK,**
                          **Defendants.**
_____

**WILFREDO ROSA,**
                          **Plaintiff,**


-vs-                                                    **Case No.  6:04-cv-1742-Orl-KRS**


**SUNSHINE   CONSTRUCTION,   INC.,**
**BRADLEY S. PETRENCSIK,**
                          **Defendants.**
_____

## ORDER

This cause came on for consideration of the parties' notice to the Court that the above-cassed cases should be consolidated for purposes of trial.  Accordingly, it is **ORDERED** as follows:

1.      The final pretrial conferences scheduled in these cases are continued.

2.      The cases are consolidated for purposes of trial.  Going forward, papers in the consolidated cases shall be filed only in Case No. 6:04-cv-1740-Orl-KRS.

3.      The parties shall file a single joint final pretrial statement and accompanying documents in the form required by the Case Management and Scheduling Orders in these cases on or before **DECEMBER 1, 2006.**

4.      The joint final pretrial conference in these cases will be held before the undersigned on **DECEMBER 15, 2006**, at **9:30 a.m.** in Courtroom #5, George C. Young United States Courthouse, 80 N. Hughey Avenue, Orlando, Florida 32801.  Lead counsel for the parties and each unrepresented party must appear personally at the final pretrial conference.

5.      Trial will be begin on **JANUARY 22, 2007,** at **9:00 a.m.,** before the undersigned in Courtroom #5, George C. Young United States Courthouse, 80 N. Hughey Avenue, Orlando, Florida 32801.  If the parties still wish to proceed to trial by jury, jury selection may be conducted before the beginning of the trial term at a date to be announced at the final pretrial conference.

6.      The parties shall complete mediation in these cases on or before **NOVEMBER 17, 2006.**  The mediator shall file a notice of the outcome of the mediation with the Court within ten days following completion of the mediation.  Mediation may not be continued to a date after November 17, 2006, without permission of the Court.  Counsel for the plaintiff shall provide

the mediator with a copy of this Order and shall make arrangements to schedule the mediation

of these cases at a date mutually agreeable to the mediator, all counsel and any unrepresented

parties.

      **DONE** and **ORDERED** in Orlando, Florida this 15th day of October, 2006.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties